**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CHARLES COFIELD**                                                                    **PLAINTIFF**

**V.**                                                                       **NO. 1:17-CV-3-DMB-DAS**

**ASHLEY'S FURNITURE**
**INDUSTRIES, INC.**                                                            **DEFENDANT**

**ORDER CLOSING CASE**

On April 12, 2018, during the final pretrial conference/settlement conference, the parties reached a settlement agreement. Doc. #74. It is, therefore, unnecessary that this case remain on the Court's calendar. Accordingly, the Clerk of the Court is **DIRECTED** to administratively close this case.

**SO ORDERED**, this 11th day of May, 2018.

                                                                              /s/Debra M. Brown
                                                                              **UNITED STATES DISTRICT JUDGE**